Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Flushing Landmark Realty LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | **8-20-73302** |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 41-60 Main Street LLC c/o Kriss &Feurstein LLP 380 Lexington Avenue 12th Floor New York, NY 10017 | | Commercial building located at 41-60 Main Street, Flushing, New York | | $95,580,188.00 | Unknown | Unknown |
| Con Edison PO Box 1702 New York, NY | | Utility | | | | $27,190.00 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | $0.00 |
| NYC Dept. of Finance One Centre Street New York, NY 10007 | | Commercial building located at 41-60 Main Street, Flushing, New York | | $1,528,000.00 | Unknown | Unknown |
| NYC Dept. of Finance One Centre Street New York, NY 10007 | | | | | | $0.00 |
| NYC Water Board Dept. of Envir. Prot. PO Box 11863 Newark, NJ 07101-8163 | | | | $5,583.00 | $0.00 | $5,583.00 |
| NYS Dept. of Tax. & Fin. Bankruptcy Sections P.O. Box 5300 Albany, NY 12205-0300 | | | | | | $0.00 |

Debtor **Flushing Landmark Realty LLC**　　　　　　　　　　　Case number *(if known)* **8-20-73302**
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Small Business Admin**<br>**409 3rd St SW**<br>**Washington, DC 20416** | | **Loan** | | | | **$151,900.00** |