Rosen & Kantrow, PLLC
Proposed Counsel Debtors
38 New Street
Huntington, New York 11743
631 423 8527
Fred S. Kantrow
Nico G. Pizzo

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

RETURN DATE:  **1/11/21**
TIME:  **10:00 a.m.**

-----------------------------------------------------------X

In re:

LUCKY STAR-DEER PARK, LLC,

                 Debtor.

Chapter 11
Case No.: 20-73301-reg

-----------------------------------------------------------X

-----------------------------------------------------------X

In re:

FLUSHING LANDMARK REALTY L.L.C.,

                 Debtor.

Chapter 11
Case No.: 20-73302-reg

-----------------------------------------------------------X

-----------------------------------------------------------X

In re:

VICTORIA TOWERS DEVELOPMENT CORP.,

                 Debtor.

Chapter 11
Case No.: 20-73303-reg

-----------------------------------------------------------X

In re:

QUEEN ELIZABETH REALTY CORP.,

                 Debtor.

Chapter 11
Case No.: 20-73327-reg

-----------------------------------------------------------X

## DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING
## JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

**PLEASE TAKE NOTICE** that Lucky Star-Deer Park, LLC, Flushing Landmark Realty

L.L.C., Victoria Towers Development Corp., and Queen Elizabeth Realty Corp., the debtors and

the debtors in possession (the "Debtors") by and through their proposed counsel, Rosen &

Kantrow, PLLC, shall move before the Hon. Robert E. Grossman, United States Bankruptcy Judge, on **JANUARY 11, 2021 at 10:00 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order, substantially in the form of the proposed Order annexed hereto, directing the joint administration of these affiliated chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 860, pursuant to the Court's COVID-19 National Emergency Procedures.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the application must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with any Administrative Order of the Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with any Administrative Order of the Court, and upon: (i) Rosen & Kantrow, PLLC, 38 New Street, Huntington, New York 11743, Attn: Fred S. Kantrow, Esq.; and (ii) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722; so as to be received by no later than **4:00 p.m. (prevailing Eastern time) on January 4, 2021**.

**PLEASE TAKE FURTHER NOTICE** that only timely objections made be considered by the Court.

Dated: Huntington, New York
        December 3, 2020

Rosen & Kantrow, PLLC

Proposed Attorneys for the Debtors

BY:  <u>S/Fred S. Kantrow</u>
     Fred S. Kantrow
     38 New Street
     Huntington, New York 11743
     631 423 8527
     Fkantrow@rkdlawfirm.com