| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X | RETURN DATE: **1/11/21**<br>TIME: **10:00 a.m.** |
| In re:<br><br>LUCKY STAR-DEER PARK, LLC,<br><br>                Debtor.<br>------------------------------------------------------------X | Chapter 11<br>Case No.: 20-73301-reg |
| ------------------------------------------------------------X<br>In re:<br><br>FLUSHING LANDMARK REALTY L.L.C.,<br><br>                Debtor.<br>------------------------------------------------------------X | Chapter 11<br>Case No.: 20-73302-reg |
| ------------------------------------------------------------X<br>In re:<br><br>VICTORIA TOWERS DEVELOPMENT CORP.,<br><br>                Debtor.<br>------------------------------------------------------------X | Chapter 11<br>Case No.: 20-73303-reg |
| In re:<br><br>QUEEN ELIZABETH REALTY CORP.,<br><br>                Debtor.<br>------------------------------------------------------------X | Chapter 11<br>Case No.: 20-73327-reg |

**ORDER AUTHORIZING**
**JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

UPON the application (the "Application") of Lucky Star-Deer Park LLC, Flushing Landmark Realty L.L.C., Victoria Towers Development Corp., and Queen Elizabeth Realty Corp., the affiliated debtors and debtors-in-possession (the "Debtors"), by and through their counsel, Rosen & Kantrow, PLLC, seeking the entry of an Order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and section 105(a) of title 11 of the United States Code (the

"Bankruptcy Code") providing for the joint administration of these chapter 11 cases under one docket; and the matter having come on for a hearing before the Court on January 11, 2021; and the Debtors having appeared by Fred S. Kantrow, one of their attorneys; and there being no pposition to the relief sought in the Application, or said opposition having been withdrawn or otherwise overruled; and the Court, having reviewed the entirety of the record before it and considered the arguments of counsel, and upon due deliberation having determined that the relief sought is appropriate and in the best interests of the Debtors and their respective estates; it is hereby

**ORDERED** that pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1015(b), the above captioned chapter 11 cases are consolidated for administrative purposes only and shall be jointly administered by this Court as Case No. 20-73301-reg; and it is further

**ORDERED** that the consolidated caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                      Chapter 11
                                                                                 Case No. 20-73301-reg
LUCKY STAR-DEER PARK LLC, *et al,*
                                                                                 Jointly Administered
                            Debtors.
---------------------------------------------------------------X

and it is further **ORDERED** that the foregoing caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code; and it is further

**ORDERED** that a docket entry shall be made in each of the Debtors' chapter 11 cases, other than the docket maintained for the chapter 11 case of Lucky Star-Deer Park LLC, substantially as: An Order has been entered in this case under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Lucky Star-Deer Park LLC and its affiliates.  All further pleadings and other

papers shall be filed in, and all further docket entries shall be made in the docket of Lucky Star-Deer Park LLC, Case No. 20-73301-reg and such docket should be consulted for all matters affecting this chapter 11 case;

and it is further **ORDERED** that one consolidated docket, one file and one consolidated service list shall be maintained by Lucky Star-Deer Park LLC and maintained by the Clerk of the Court; and it is further

**ORDERED** that nothing contained in the Debtors' Application or this Order shall deemed to be or construed as directing or otherwise affecting a substantive consolidation of these chapter 11 cases; and it is further

**ORDERED** that the Debtors be and are hereby authorized and empowered to take those steps necessary to implement the relief granted herein; and it is further

**ORDERED** that the Debtors shall serve this Order upon all creditors, the United States Trustee and all those having service a notice of appearance and demand for service, by not later than three (3) days after the date of entry of this Order and shall file an affidavit of service attesting to service thereof; and it is further

**ORDERED** that this Court shall retain jurisdiction over this matter to determine any disputes that may arise hereunder.